# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

KRISTINE J. KELLUM,

    Plaintiff,

v.                                                          CV 1:14-CV-163 RB/CG

BERNALILLO COUNTY, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court *sua sponte*. On November 2, 2016, the Court entered an *Order Setting Telephonic Status Conference and Settlement Conference*, (Doc. 235), directing the parties to file settlement papers by January 25, 2017.

Attorneys for Bernalillo County and Bernalillo County Commission (together, the "Bernalillo County Defendants") failed to file the appropriate papers. When contacted by the Court, Mr. Allen stated that he was not able to file them before leaving town and would file the papers on Monday. However, Mr. Allen did not contact the Court to request an extension of time.

Currently on the docket are nineteen pending motions that the Court must review before the settlement conference, as well as, the parties' settlement papers. The Court sets deadlines in order to afford the parties and itself an adequate amount of time to prepare for both the Settlement Conference on Wednesday, February 8, 2017 and the Telephonic Status Conference on Wednesday, February 1, 2017. United States District Judge Robert C. Brack has set strict deadlines for this case, which this Court will uphold and require the parties to follow.

The deadline set by the Court to submit settlement papers has passed and the

Bernalillo County Defendants have ignored the Court's orders, **IT IS THEREFORE ORDERED** that by **Monday, January 30, 2017 at 5:00 p.m.** the Bernalillo County Defendants must show cause in writing why they failed to prepare settlement papers, and why they should not be held in contempt of court.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE