IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**KRISTINE J. KELLUM,**

    **Plaintiff,**

vs.                                                           No. 1:14-cv-00163 RB/CG

**BERNALILLO COUNTY, THE BERNALILLO COUNTY COMMISSION, CORRECTIONAL HEALTHCARE COMPANIES, INC., TIMOTHY TRAPP, KAAKI GARNER, STEPHANIE BREEN, TAILEIGH SANCHEZ, and ADELA MARES,**

    **Defendants.**

## O R D E R

**THIS MATTER** comes before the Court on Plaintiff's Motion to Strike Doc. 302 (Doc. 303). In Document 302, Defendants Bernalillo County, the Bernalillo County Commission, and Adela Mares ("County Defendants") attempted to join in Defendants Timothy Trapp, Kaaki Garner, Stephanie Breen, Taileigh Sanchez and Correctional Healthcare Companies' ("CHC Defendants'") Motion for Partial Summary Judgment Regarding Proximate Cause and Past and Future Medical Expenses (Doc. 270). As the deadline for dispositive motions was January 6, 2017, the County Defendants' belated attempt to join in this motion is untimely. Additionally, the CHC Defendants withdrew the motion on February 10, 2017 (Doc. 308) so it is no longer pending. For these reasons, the Court will grant Plaintiff's Motion to Strike Doc. 302.

**IT IS SO ORDERED**.

                                                                                             _____
                                                                                  **ROBERT C. BRACK**
                                                                                  **UNITED STATES DISTRICT JUDGE**